IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BLAKE R. WRIGHT,<br><br>                Plaintiff,<br><br>v.<br><br>NEPHI CITY et al.,<br><br>                Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br>Case No. 2:16-CV-33-CW<br><br>District Judge Clark Waddoups |

Plaintiff, Blake R. Wright, filed this *pro se* civil-rights suit, *see* 42 U.S.C.S. § 1983 (2017). Reviewing the Complaint under § 1915(e), in an Order dated March 8, 2017, the Court determined it was deficient. The Court gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.

Plaintiff has not since filed an amended complaint. The Court last heard from Plaintiff directly on May 9, 2016, when he unsuccessfully sought a time extension in which to serve Defendants.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** with prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), follow the Court's Order, and to prosecute his case, *see* DUCivR 41-2. This case is **CLOSED.**

DATED this 17th day of July, 2017.

BY THE COURT:

JUDGE CLARK WADDOUPS
United States District Court